PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4822
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JZON BUCKNER,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>Defendant. | No.  1:22-cv-00505-EPG<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 12). |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint be extended from August 1, 2022 to September 30, 2022.  This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.  Defendant respectfully requests this additional time because additional time is needed to prepare and file the certified administrative record.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file the certified administrative record on or before September 30, 2022;

- Within 45 days of the filing of the certified administrative record, Plaintiff shall file her opening brief;
- Within 45 days of the filing of the opening brief , defendant shall file her opposition brief;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief.

Respectfully submitted,

DATE: July 27, 2022   */s/ Jonathan Omar Pena*   \*
JONATHAN OMAR PENA
Attorney for Plaintiff
(\* approved via email on  7/27/22)

PHILLIP A. TALBERT
United States Attorney

DATE: July 27, 2022   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation (ECF No. 12), IT IS ORDERED that the Court's scheduling order (ECF No. 5) is modified as follows:

1. Defendant shall file the certified administrative record on or before September 30, 2022;
2. Within 45 days of the filing of the certified administrative record, Plaintiff shall file a motion for summary judgment;
3. Within 45 days of the filing of the motion for summary judgment, Defendant shall file a cross-motion for summary judgment; and
4. Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief.

IT IS SO ORDERED.

Dated: **July 28, 2022**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE