DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JZON BUCKNER,<br><br>     Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | Case No. 1:22-cv-00505-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 19) |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from January 9, 2023 to January 13, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's third request for an extension of time.  Counsel for the Plaintiff is in Texas attending to an emergency with her ill father. (see attached declaration).

    Counsel requires additional time to brief the issues on this matter thoroughly for the Court's consideration. Plaintiff makes this request in good faith with no intention to further delay

1

this matter. Defendant does not oppose the requested extension.  Counsel apologizes s to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: January 10, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                                By: */s/ Dolly M. Trompeter*
                                    DOLLY M. TROMPETER
                                    Attorneys for Plaintiff

Dated: January 10, 2023        PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                              By:  **/s/ Marcelo N. Illarmo*
                                    Marcelo N. Illarmo
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    (*As authorized by email on January 10, 2023)

**ORDER**

Based on the above stipulation (ECF No. 19), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than January 13, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 11, 2023**                         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE