PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JZON BUCKNER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 1:22-cv-00505-EPG<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 23) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

1 judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
2 Commissioner.
3
4                                               Respectfully submitted,

5 Dated: February 27, 2023         */s/ Jonathan O. Pena\**
                                               (*as authorized via e-mail on 2/27/23)
6                                              JONATHAN O. PENA
7                                              Attorney for Plaintiff
8
9 Dated: February 27, 2023         PHILLIP A. TALBERT
                                             United States Attorney
10
11                          By:     */s/ Marcelo Illarmo*
                                             MARCELO ILLARMO
12                                              Special Assistant United States Attorney
13                                              Attorneys for Defendant
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 23), IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **February 28, 2023**              /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE